UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5998**

Case Title: **Rowvaughn Wells, et al.** vs. **City of Memphis, et al**

List all clients you represent in this appeal:

1. **Cerelyn Davis**
2. **The City of Memphis**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Jennie Vee Silk**  Signature: s/ **Jennie Vee Silk**

Firm Name: **Baker Donelson Bearman Caldwell & Berkowitz, PC**

Business Address: **165 Madison Avenue, Suite 2000**

City/State/Zip: **Memphis, Tennessee 38103**

Telephone Number (Area Code): **901-526-2000**

Email Address: **jsilk@bakerdonelson.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17