UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5998**

Case Title: **RowVaughn Wells, et al** vs. **City of Memphis, TN, et al,**

List all clients you represent in this appeal:

**RowVaughn Wells**

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐ Criminal Justice Act
☒ Appellee       ☐ Respondent     ☐ Intervenor                (Appointed)

☒ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Joshua M. Levin**          Signature: s/ **Joshua M. Levin**

Firm Name: **Romanucci & Blandin, LLC**

Business Address: **321 N. Clark St., Suite 900**

City/State/Zip: **Chicago, IL 60654**

Telephone Number (Area Code): **312-458-1000**

Email Address: **jlevin@rblaw.net**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.