CASE NO. 25-5998

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

ROWVAUGHN WELLS, Individually and as Administratrix Ad Litem of the Estate of Tyre Deandre Nichols, deceased.; CHASITY GRICE SHARP, Guardian Ad Litem of Minor Child,

    Plaintiffs-Appellees,

v.

CITY OF MEMPHIS, TN, a municipality,

    Defendant,

and

CERELYN DAVIS, Chief, in her official and individual capacity,

    Defendant-Appellant.

On Appeal from the United States District Court
for the Western District of Tennessee
Case No. 2:23-cv-02224

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Pursuant to Federal Rule of Appellate Procedure 26(b), Appellant Chief Cerelyn J. Davis ("Appellant" or "Chief Davis") hereby moves the Court to extend the deadline to submit her opening brief by thirty days through January 28, 2026. The current deadline is December 29, 2025. (Dkt. 9, at 2.) In support of this

1

Motion, Appellant states as follows:

1. This is an appeal of the issue of qualified immunity on a denial of a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6).

2. On November 17, 2025, the Court entered a briefing schedule setting December 29, 2025 as the deadline for Appellant to file her principal brief. (Dkt. 9, at 2.)

3. Due to the December holidays and previously scheduled travel for Appellant's counsel, Appellant respectfully requests an additional thirty days, up to and including January 28, 2026, in which to file her principal brief.

4. This is Appellant's first request for a briefing extension.

5. This Motion is being filed in good faith and not for purposes of delay. This requested extension will not prejudice any party.

Accordingly, for good cause shown, Appellant respectfully requests that the Court enter an Order granting this Motion and extending Appellant's deadline to file her principal brief by thirty days, up to and including January 28, 2026.

Dated: December 29, 2025.

> Respectfully submitted,
>
> */s/ Bruce A. McMullen*
> Bruce McMullen (Tenn. Bar #18126)
> Jennie Vee Silk (Tenn. Bar #35319)
> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, PC

        165 Madison Avenue, Suite 2000
        Memphis, TN 38103
        Telephone: (901) 526-2000
        bmcmullen@bakerdonelson.com
        jsilk@bakerdonelson.com

*Attorneys for Defendant City of Memphis and Defendant-Appellant Cerelyn Davis, Chief, in her official and individual capacity.*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Motion contains 215 words, as calculated by Microsoft Word processing software, and complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(2)(A).

        */s/ Bruce A. McMullen*
        Bruce McMullen

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2025 a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties indicated on the electronic filing receipt.

        */s/ Bruce A. McMullen*
        Bruce McMullen